## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:23-cv-81503-MIDDLEBROOKS/MATTHEWMAN

2 3 SUITED, LLC,

      Plaintiff,

vs.

JIGARKUMAR PATEL *et al.*,

      Defendants.

_____/

### JOINT MOTION FOR APRIL 29, 2026 ZOOM SETTLEMENT CONFERENCE

Plaintiff 2 3 Suited, LLC ("Plaintiff"), Defendants Jigarkumar Patel, Dipak Patel, Pradip Sanjay Patel, Uday Raval, Weldon Development LLC, Six Groove LLC, and Marvele LLC ("Jigar Patel Defendants"), and Defendants Larry Patel and the Larry Patel 2018 Irrevocable Trust ("Larry Patel Defendants"), pursuant to this Court's Order Referring Case to Magistrate Judge for Settlement Conference, [D.E. 213], and the Paperless Order requiring the Parties to confer and file a joint motion advising the Court of their agreed upon date for a settlement conference, [D.E. 214], respectfully file this Joint Motion requesting a Zoom settlement conference before Magistrate Judge McCabe on April 29, 2026, beginning at 10:00am.

Dated: April 23, 2026

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 Southeast Second Avenue, Suite 4400
Miami, Florida 33131
Telephone: 305.579.0500
Facsimile: 305.579.0717

/s/ *James E. Gillenwater*
MARK A. SALKY
Florida Bar No. 058221
Mark.Salky@gtlaw.com
JAMES E. GILLENWATER

1

Florida Bar No. 1013518
gillenwaterj@gtlaw.com
EMILEY PAGRABS
Florida Bar No. 1030834
pagrabse@gtlaw.com
JAMERIS M. OCASIO PALACIOS
Florida Bar No. 1049691
Jameris.ocasiopalacios@gtlaw.com
MARIA R. SANTANGELO
Florida Bar No. 1049930
maria.santangelo@gtlaw.com

**Attorneys for Plaintiff 2 3 Suited, LLC**

**VENABLE LLP**
801 Brickell Avenue, Suite 1500
Miami, FL 33131
Telephone: 305.349.2300

By: */s/ W. Barry Blum*
William Barry Blum
Florida Bar No. 379301
bblum@venable.com
Jonathan E. Perlman
Florida Bar No. 773328
jeperlman@venable.com
Brett M. Halsey
Florida Bar No. 0013141
bmhalsey@venable.com

**CLARK HILL PLC**
Charles E. Murphy (Admitted *Pro Hac Vice*)
cmurphy@clarkhill.com
220 Park Street, Suite 200
Birmingham, Michigan 48009
Telephone: 248.988.5879

Robin S. Weiss (Admitted *Pro Hac Vice*)
rsweiss@clarkhill.com
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103

**Attorneys for Defendants Jigarkumar Patel a/k/a Jigar Patel; Dipak Patel; Pradip Sanjay Patel a/k/a Jay Patel; Uday Raval;**

2

*Marvele LLC; Six Groove LLC; and*
*Weldon Development LLC*

By: */s/ Daniel B. Rogers*
Daniel B. Rogers
Fla. Bar No. 195634
E: drogers@shb.com
Delaney K. O'Neill
Fla. Bar No. 1054388
E: doneill@shb.com
Citigroup Center, Suite 3200
201 S. Biscayne Boulevard
Miami, Florida 33131
T: 305.358.5171 | F: 305.358.7470

Todd W. Ruskamp (admitted *pro hac vice)*
Mark C. Tatum (admitted *pro hac vice)*
Zach Chaffee-McClure (admitted *pro hac vice)*
2555 Grand Boulevard
Kansas City, Missouri 64108

Christopher Shand
100 N. Tampa St., Suite 2900
Tampa, FL 33602
T: (813) 202-7100
cshand@shb.com

*Attorneys for Defendants Larry Patel 2018*
*Irrevocable Trust and Larry Patel*

3

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on this 23rd day of April, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ James E. Gillenwater*
James E. Gillenwater

| | |
|---|---|
| **VENABLE LLP**<br>W. Barry Blum<br>Florida Bar No. 379301<br>bblum@venable.com<br>Jonathan E. Perlman<br>Florida Bar No. 773328<br>jeperlman@venable.com<br>Brett M. Halsey<br>Florida Bar No. 0013141<br>bmhalsey@venable.com<br>801 Brickell Avenue Suite 1500<br>Miami, FL 33131<br>Telephone: 305.349.2300<br><br>and<br><br>**CLARK HILL**<br>Charles E. Murphy (admitted Pro Hac Vice)<br>cmurphy@clarkhill.com<br>Robin S. Weiss (admitted Pro Hac Vice)<br>rsweiss@clarkhill.com<br>220 Park Street, Suite 200<br>Birmingham, MI 48009<br>Telephone: 248.988.35879<br><br>***Attorneys for Defendants Jigarkumar Patel, Dipak Patel, Pradip Sanjay Patel, Uday Raval, Marvele LLC, Six Groove LLC, and Weldon Development LLC*** | **SHOOK, HARDY & BACON L.L.P.**<br>Citigroup Center, Suite 3200<br>201 S. Biscayne Boulevard<br>Miami, Florida 33131<br>T: 305.358.5171 \| F: 305.358.7470<br>Daniel Brandon Rogers<br>E: drogers@shb.com<br>Delaney Kaye O'Neill<br>doneill@shb.com<br><br>**SHOOK, HARDY & BACON L.L.P.**<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>Todd W. Ruskamp<br>truskamp@shb.com<br>Mark C. Tatum, Esq.<br>mtatum@shb.com<br>Zach Chaffee-McClure, Esq.<br>zmcclure@shb.com<br>Emily Pederson, Esq.<br>epedersen@shb.com<br><br>***Attorney for Defendants Larry Patel 2018 Irrevocable Trust and Larry Patel*** |