**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 9:23-cv-81503-DMM**

2 3 SUITED, LLC,

     Plaintiff,

vs.

JIGARKUMAR PATEL a/k/a Jigar Patel;
DIPAK PATEL; LARRY PATEL;
PRADIP SANJAY PATEL a/k/a Jay Patel;
UDAY RAVAL; LARRY PATEL 2018
IRREVOCABLE TRUST;
MARVELE LLC; SIX GROOVE LLC; and
WELDON DEVELOPMENT LLC,

     Defendants.

_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE
### OF ALL CLAIMS AGAINST FOUR DEFENDANTS

Plaintiff 2 3 Suited, LLC and Defendants Weldon Development, LLC, Pradip Sanjay Patel, Dipak Patel, and Uday Raval (together, the "Stipulating Parties"), under Fed. R. Civ. P. 41(a)(2), submit this Stipulation of Dismissal With Prejudice of all claims brought in this action by Plaintiff against Defendants Weldon Development, LLC, Pradip Sanjay Patel, Dipak Patel, and Uday Raval, with all Stipulating Parties bearing their own fees and costs in connection with the dismissed claims. No claims against other Defendants are being voluntarily dismissed under this Stipulation.

The Stipulating Parties request that the Court enter an Order endorsing this Stipulation, and dismissing with prejudice all claims by Plaintiff against Defendants Weldon Development, LLC, Pradip Sanjay Patel, Dipak Patel, and Uday Raval.

Counsel for Defendants is authorized to file via CM/ECF this Stipulation for Dismissal With Prejudice on behalf of the Stipulating Parties.

1

Dated: May 5, 2026

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 Southeast Second Avenue, Suite 4400
Miami, Florida 33131
Telephone: 305.579.0500
Facsimile: 305.579.0717

/s/ *Mark A. Salky*
MARK A. SALKY (FBN 058221)
Mark.Salky@gtlaw.com
JAMES E. GILLENWATER (FBN 1013518)
gillenwaterj@gtlaw.com

***Attorneys for Plaintiff 2 3 Suited, LLC***

**VENABLE LLP**
801 Brickell Avenue, Suite 1500
Miami, FL 33131
Telephone: 305.349.2300

By: */s/William Barry Blum*
William Barry Blum (FBN 379301)
bblum@venable.com
Jonathan E. Perlman (FBN 773328)
jeperlman@venable.com

**CLARK HILL PLC**
Charles E. Murphy (Admitted *Pro Hac Vice*)
cmurphy@clarkhill.com
220 Park Street, Suite 200
Birmingham, Michigan 48009
Telephone: 248.988.5879

Robin S. Weiss (Admitted Pro Hac Vice)
rsweiss@clarkhill.com
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103

***Attorneys for Defendants Jigarkumar Patel a/k/a Jigar Patel; Dipak Patel; Pradip Sanjay Patel a/k/a Jay Patel; Uday Raval; Marvele LLC; Six Groove LLC; and Weldon Development LLC***

2

**SO ORDERED** this ___ day of May, 2026, in Chambers in West Palm Beach, Florida.

_____
Hon. Donald M. Middlebrooks
United States District Judge