**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 23-CV-81503-MIDDLEBROOKS

2 3 SUITED, LLC,

      Plaintiff,

v.

JIGARKUMAR PATEL, et al.,

      Defendants.

_____/

**ORDER**

THIS CAUSE is before the Court upon Plaintiff and Defendants Weldon Development, LLC, Pradip Sanjay Patel, Dipak Patel, and Uday Raval's Stipulation of Dismissal (DE 225), filed May 5, 2026. Pursuant *to Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing, and no order of the Court is required to dismiss this action.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1)    The Clerk shall terminate Defendants Weldon Development, LLC, Pradip Sanjay Patel, Dipak Patel, and Uday Raval as Parties.

2)    Plaintiff and Defendants Weldon Development, LLC, Pradip Sanjay Patel, Dipak Patel, and Uday Raval shall bear their own fees and costs.

**SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of May, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE